UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DOW WRIGHT,**<br><br>    Plaintiff,<br><br>v.<br><br>**NISSAN NORTH AMERICA, INC.,**<br><br>    Defendant. | 05-CV-2150 (WJM)<br><br><br>**ORDER** |

This Court, having considered Magistrate Judge Hedges' report and recommendation and defendant's objections thereto, and for the reasons stated in the accompanying Letter Opinion,

**IT IS** on this 8th day of September 2005, hereby

**ORDERED** that the report and recommendation issued by Magistrate Judge Hedges is **AFFIRMED** and **ADOPTED**; and it is further

**ORDERED** that this case is remanded to the Superior Court of New Jersey, Law Division, Morris County.

s/ William J. Martini
**William J. Martini, U.S.D.J.**